Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
MATTHEW C. JAIME (SBN 140340)
S.J. K. HAMMON (SBN 364464)
3638 American River Drive
Sacramento, California 95864
Telephone:     (916) 978-3434
Facsimile:     (916) 978-3430
mjaime@mathenysears.com
shammon@mathenysears.com

Attorneys for Defendant, COSTCO WHOLESALE
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADA SMRZLIC | Case No. 5:26-cv-00828-NW |
| Plaintiff, | [PROPOSED] ORDER REGARDING STIPULATION TO CAP DAMAGES AND REMAND CASE TO STATE COURT |
| v. | |
| COSTCO WHOLESALE CORPORATION and DOES 1 to 25, inclusive, | Complaint filed: 1/30/2025<br>Trial date: Unassigned |
| Defendant. | |

## ORDER

**THE ALL PARTIES AND THEIR COUNSEL OF RECORDS:**

**IT IS HEREBY ORDERED THAT**, based upon the stipulation of counsel, including the stipulated fact that Plaintiffs does not seek damages in excess of $75,000.00, which is less than the jurisdictional limit for diversity subject matter jurisdiction in federal court, this case is REMANDED back to state court, for the State Court of California, County of Santa Clara, for all purposes.

1

*[PROPOSED] ORDER REGARDING STIPULATION TO CAP DAMAGES AND REMAND CASE TO STATE COURT*

Dated:_____April 13_____, 2026     By:_____

GRANTED

Judge of the District Court

Judge Noël Wise

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

2

*[PROPOSED] ORDER REGARDING STIPULATION TO CAP DAMAGES AND REMAND CASE TO STATE COURT*